## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | No. 18-cr-021 (KM) |
| JESSE TULLIES and EUGENE WILLIAMS | : | STIPULATION OF FACT - #1 |

      The United States of America, by and through its attorneys, Craig Carpenito, United States Attorney, (by Francisco J. Navarro and Elaine K. Lou, Assistant United States Attorneys), defendant Jesse Tullies, (by his attorney, James R. Murphy, Esq.), and defendant Eugene Williams, (by his attorney, Pasquale F. Giannetta, Esq.) knowingly and voluntarily enter in this joint Stipulation of Fact. The parties stipulate and agree that the following facts are admissible, true, correct, and capable of proof in this matter:

      1. Qualified forensic chemists examined Government Exhibit 2A and concluded that it contained two units of a detectable amount of heroin.

      2. The net weight of Government Exhibit 2A is .0519 grams.

      3. A qualified forensic chemist examined Government Exhibits 2B and 2C and concluded that they contained a combined 198 units of a detectable amount of heroin.

      4. The combined net weight of Government Exhibits 2B and 2C is 3.714 grams.

      5. A qualified forensic chemist examined Government Exhibit 3 and concluded that it contained 10 units of a detectable amount of cocaine base.

      6. The net weight of Government Exhibit 3 is .563 grams.

For the United States:	CRAIG CARPENITO
United States Attorney

By: _____
Francisco J. Navarro
Elaine K. Lou
Assistant United States Attorney

For defendant Jesse Tullies:

_____
James R. Murphy, Esq.

For defendant Eugene Williams:

_____
Pasquale F. Giannetta, Esq.