# JOSEPH R. RUBINO, L.L.C.
ATTORNEY AT LAW
2424 MORRIS AVENUE, SUITE 202
UNION, NEW JERSEY 07083-5731
(908)687-1290
E-mail: rubinolaw@verizon.net

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

FACSIMILE: (908) 687-1291

**SENT VIA E-MAIL UNDER SEAL**

August 12, 2019

The Honorable Kevin McNulty
United States District Court Judge
M.L. King. Jr. Federal Bldg. and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    **Re:  United States v. Eugene Williams**
          **Docket No.: 18 CR 00021(KM)**

Dear Judge McNulty:

    Please accept this letter in lieu of a more formal motion on behalf of Eugene Williams, joining in the motion for a new trial, filed on behalf of co-defendant Jessie Tullies.

## PROCEDURAL HISTORY AND STATEMENT OF ALLEGED FACTS

    Eugene Williams relies on the Procedural History and Statement of Alleged Facts. Set forth by counsel for Mr. Tullies but for the fact that Mr. Williams was found guilty of Counts One, Two, Three, Five and Seven of the Indictment.

    Additionally, an identical Stipulation of Fact was entered into by Mr. Williams and read to the jury, except that it refers to Mr. William as opposed to Mr. Tullies and was Marked "STIPULATION OF FACT - #3", a copy of which is attached hereto as **EXHIBIT A,** which was filed ECF by the court on June 18, 2018.

**JOSEPH R. RUBINO, L.L.C.**
ATTORNEY AT LAW

The Honorable Kevin McNulty
August 13, 2019
Page 2

## LEGAL ARGUMENT
### POINT I

**THE GOVERNMENT FAILED TO ESTABLISH THAT Mr. WILLIAMS WAS AWARE OF HIS PRIOR FELONY CONVICTION PRIOR TO OCTOBER 4, 2017, THE DATE OF THE ALLEGED CRIMINAL ACTIVITY.  THEREFOR, DEFENDANT IS ENTITLED TO A NEW TRIAL.**

Mr. Williams relies on the brief submitted by Mr. Tullies.

### POINT II

**DEFENDANT'S APPLICATION FOR A NEW TRIAL PURSUANT TO RULE 33 IS NOT TIME BARRED AS THE NEW LAW SET FORTH IN REHAIF V. U.S. AMOUNTS TO NEWLY DISCOVERED EVIDENCE.**

Mr. Williams relies on the brief submitted by Mr. Tullies.

### CONCLUSION

For the foregoing reasons, it is respectfully requested that the defendant's motion for a new trial be granted pursuant to Rule 33.

Respectfully submitted,

*Joseph R. Rubino*

Joseph R. Rubino, Esq.
Attorney for Defendant Eugene Williams

cc:  Elaine K. Lou, A.U.S.A.
     Francisco J. Navarro, A.U.S.A.
     Kathleen M. Theurer, Esq.
     All Via ECF