UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JESSE TULLIES,

   PETITIONER,

V.

   CASE NO. 2:18-cr-00021-KM

UNITED STATES OF AMERICA,

   RESPONDENT.

## LIBERAL CONSTRUCTION STANDARD

COMES NOW JESSE TULLIES, HEREINAFTER REFERRED TO AS PETITIONER, PROCEEDING PRO SE AND PRAYS THIS HONORABLE COURT APPLY LIBERAL CONSTRUCTION TO THE INSTANT ACTION AS AFFORDED ALL PRO SE LITIGANTS/INMATES. (SEE HAINES V. KERNER, 404 U.S. 519 (1972)).

## RELEVANT PROCEDURAL HISTORY

AFTER HAVING BEEN FOUND GUILTY AFTER A TRIAL BY JURY, PETITIONER WAS SENTENCED TO 235 MONTHS IMPRISONMENT ON AUGUST 19, 2019.

PETITIONER FILED A TIMELY NOTICE OF APPEAL. ATTORNEY KATHLEEN M. THEURER, ESQUIRE WAS APPOINTED TO REPRESENT ME IN THE

PAGE 1 OF 4

preparing and filing of petitioner's direct appeal.

## MOTION TO TERMINATE PRESENT APPELLATE COUNSEL AND APPOINT NEW APPELLATE COUNSEL

Petitioner moves this Honorable Court to terminate his appellate counsel Kathleen Theurer, Esquire and to appoint him new counsel to represent him during his appellate process. To date Petitioner has had fewer than three (3) conversations/communications with his current counsel Miss Theurer regarding his direct appeal. Also, Miss Theurer has failed or refused to respond to any of petitioner's written correspondences he's sent to Miss Theurer regarding his direct appeal and the status thereof. Petitioner has had a complete breakdown in his communications with his appellate counsel Miss Theurer.

As this Honorable Court is aware, petitioner has a Sixth Amendment right to the effective assistance of counsel, including at the appellate stage, as well as a right to assist in the preparation of his direct appeal. His

Page 2 of 4

ATTORNEY'S LACK OF COMMUNICATION WITH PETITIONER DURING THIS CRITICAL STAGE IN HIS CRIMINAL PROCEEDINGS HAS VIOLATED AND DENIED PETITIONER THIS BASIC FUNDAMENTAL RIGHT GUARANTEED HIM BY THE UNITED STATES CONSTITUTION. KATHLEEN M. THEURER, ESQUIRE HAS BEEN PETITIONER'S APPELLATE COUNSEL FOR ALMOST ONE YEAR NOW AND, TO DATE, PETITIONER HAS NOT RECEIVED ANY COMMUNICATION FROM HIS APPELLATE COUNSEL REGARDING THE STATUS OF HIS DIRECT APPEAL EVEN AFTER PETITIONER SENT NUMEROUS INQUIRIES TO HIS APPELLATE COUNSEL.

### RELIEF REQUESTED

AS A RESULT OF THE HEREIN FOREGOING IN ITS ENTIRETY, PETITIONER PRAYS THIS HONORABLE COURT TERMINATE HIS APPELLATE COUNSEL KATHLEEN M. THEURER, ESQUIRE AND APPOINT NEW COUNSEL TO REPRESENT PETITIONER WITH HIS APPELLATE PROCESS AND ORDER NEW COUNSEL TO ALLOW PETITIONER TO AID IN HIS APPELLATE PROCESS.

ALSO, DUE TO THE COVID-19 PANDEMIC, THE INSTITUTION PETITIONER IS HOUSED

IN IS ON MODIFIED OPERATIONS, THEREFORE PETITIONER DOES NOT HAVE ACCESS TO LEGAL MATERIALS OR THE ABILITY TO TYPE OR MAKE COPIES OF FILINGS. AS A RESULT, PETITIONER PRAYS THIS HONORABLE COURT SEND A COPY OF THE INSTANT FILING TO RESPONDENT.

DATED THIS 2nd DAY OF July, 2022

I, JESSE TULLIES, SWEAR UNDER PENALTY OF PERJURY BY THE LAWS OF THE UNITED STATES OF AMERICA THAT THE HEREIN FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. (2P U.S.C. §1746)

/s/ Jesse Tullies
JESSE TULLIES
PETITIONER PRO SE

PAGE 4 OF 4

SE Tullies
1286-050
FRAI CORRECTIONAL INSTITUTION
RELTON
Box 5000
CETON miley WAY 36525

"LEGAL MAIL"

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 JUL 13 A [?]

07102-359599

CLERK OF THE COURT
U.S. DISTRICT COURT
MARTIN LUTHER KING BUILDING
AND U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

PITTSBURGH PA 150
10 JUL 2020 PM 5 L

"LEGAL MAIL"