UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM NO. 18-21(KM) |
| Plaintiff, | : | |
| v. | : | NOTICE OF MOTION TO VACATE, SET-ASIDE |
| | : | OR CORRECT A SENTENCE PURSUANT TO |
| JESSIE TULLIES | : | 28 U.S.C. § 2255 |
| Defendant. | : | |

TO: Francisco Navarro
Assistant United States Attorney
United States Attorney's Office
970 Broad Street
Newark, NJ 07102

Elaine K. Lou
Assistant United States Attorney
United States Attorney's Office
970 broad Street
Newark, NJ 07102

PLEASE TAKE NOTICE that defendant, Jesse tullies, through his attorney, John J. McMahon, Esq., will move before the Honorable Kevin McNulty, United States District Judge for the District of New Jersey, in Newark, New Jersey, on a date and time to be set by the Court, for the following relief:

A. To vacate, set-aside, or correct a sentence pursuant to 28 U.S.C. § 2255

Respectfully submitted,

s/ John J. McMahon
John J. McMahon, Esq.
Attorney for Jesse Tullies